McGREGOR W. SCOTT
United States Attorney
STEVEN S. TENNYSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900
Email:  Steven.Tennyson2@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* Dr. Jeannette Martello,<br><br>                Plaintiff/Relator,<br><br>vs.<br><br>KAMALA HARRIS, LUCINDA EHNES, MICHELLE ROUILLARD, ELAINE PANIEWSKI, GARY BALDWIN, EDWARD HEIDIG, DREW BRERETON, ANTHONY MANZANETTI, CAROL VENTURA, KRISTIN DOOR, MARTA GREEN, BRENT BARNHART, CHRISTOPHER LEE, SONIA R. FERNANDES, JAMES WILLIS, TERESA RODRIGUEZ, DEBRA DENTON, HOLLY PEARSON, MICHAEL ROUZER, SANDRA PEREZ, RICK MARTIN, LYNNE RANDOLPH, DENNIS BALMER, DEBBIE MCKINNEY, MICHAEL MCCLELLAND, KYLE MUNSON, ANDREW GEORGE, ROBERT MCKIM BELL, MAUREEN MCKENNAN, MICHAEL CLEARY, TIM LEBAS, CHARLAINE HAMILTON, BARBARA GARRETT, PETER LEE, DESI MALONE, KATIE MARCELLUS, DAVE JONES, TOBY DOUGLAS, DAVID MAXWELL-JOLLY, JULI BAKER, DAVID PANUSH, OSCAR HIDALGO, JANETTE CASILLAS, PATRICIA POWERS, DIANA S. DOOLEY, KIMBERLY BELSHE, ALEX KEMPER-MCCALL, PERRY KUPFERMAN, ALI ZAKERSHAHRAK, MARSHA SEELEY, KIM MORIMOTO, BRUCE HINZE, PAUL FEARER, SUSAN KENNEDY, ROBERT ROSS, GENOVEVA ISLAS, MARTY MORGENSTERN, ART TORRES, CALIFORNIA HEALTH BENEFIT EXCHANGE, and DOES 1-100, inclusive,<br><br>                Defendants, | CASE NO. 2:17-cv-01468-MCE-KJN<br><br>**ORDER RE THE UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION** |

The United States having notified the Court of its decision not to intervene in this action, the Court hereby orders, as follows:

(1) Relator may maintain the action in the name of the United States; providing, however, that the action may be dismissed only if the Court and the Attorney General give written consent to the dismissal and their reasons for consenting,

(2) In the event that should either the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, this Court provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

(3) All pleadings filed and orders issued by the Court in this action shall be served upon the United States;

(4) The United States shall reserve its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of the relator's action or claim; and

(5) The United States shall be served with all notices of appeal.

The relator's Complaint, the Notice of Declination, and this Order shall be unsealed. All other papers on file in this action shall remain under seal.

IT IS SO ORDERED.

Dated: August 10, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE