# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**JEANNETTE MARTELLO ,**

        V.                          **SUMMONS IN A CIVIL CASE**

**PETER LEE , ET AL. ,**

                                      CASE NO:  **2:17–CV–01468–MCE–KJN**

    TO:  **Juli Baker, Gary Baldwin, Dennis Balmer, Brent Barnhart, Robert Mckim Bell, Kimberly Belshe, Drew Brereton, California Health Benefit Exchange, Janette Casillas, Lee Christopher, Michael Cleary, Debra Denton, Diana S. Dooley, Kristin Door, Toby Douglas, Lucinda Ehnes, Paul Fearer, Sonia r Fernandes, Barbara Garrett, Andrew George, Marta Green, Charlene Hamilton, Kamala Harris, Edward Heidig, Oscar Hidalgo, Bruce Hinze, Genoveva Islas, Dave Jones, Aex Kemper–Mccall, Susan Kennedy, Perry Kupferman, Tim Lebas, Peter Lee, Desi Malone, Anthony Manzanetti, Katie Marcellus, Rick Martin, David Maxwell–Jolly, Michael McClelland, Maureen McKennan, Debbie Mckinney, Marty Morgenstern, Kim Morimoto, Kyle Munson, Elaine Paniewski, David Panush, Holly Pearson, Sandra Perez, Patricia Powers, Lynne Randolph, Teresa Rodriguez, Robert Ross, Michelle Rouillard, Michael Rouzer, Marsha Seeley, Art Torres, Carol Ventura, James Willis, Ali Zakershahrak**
Defendant's Address:

    **YOU ARE HEREBY SUMMONED** and required to serve on

**Daniel Albert Crawford
Crawford Law Group
15303 Ventura Blvd., 9th Floor
Sherman Oaks, CA 91403**

an answer to the complaint which is served on you with this summons, within **21** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**KEITH HOLLAND**

CLERK

 /s/  J. Donati

(By) DEPUTY CLERK



**ISSUED ON 2020–08–13 12:46:02.0** , Clerk USDC EDCA

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of bode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left:_____

☐ Returned unexecuted:_____
_____
_____

☐ Other (specify) :_____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  _____     _____
                         Date                                                  *Signature of Server*

                                                                _____
                                                                                *Address of Server*