# UNITED STATES DISTRICT COURT

EASTERN **District of** California

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* Dr. Jeannette Martello, Plaintiff (s), <br><br> V. <br><br> PETER LEE, ET AL. <br><br> Defendant (s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** <br><br><br> CASE NUMBER: 2:17−cv−01468 |

Notice is hereby given that, subject to approval by the court, __DR. JEANNETTE MARTELLO__ substitutes
(Party (s) Name)

__DR. JEANNETTE MARTELLO, IN PRO SE__ , State Bar No. __N/A__ as counsel of record in
(Name of New Attorney)

place of __DANIEL A. CRAWFORD, ESQ.__ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Dr. Jeannette Martello
    Address: 712 Orange Grove Avenue, South Pasadena, CA 91030
    Telephone: (626) 993-8501     Facsimile n/a
    E-Mail (Optional): drmartello@gmail.com

I consent to the above substitution.                                  Dr. Jeannette Martello
Date: 09/22/2020                                                  /s/
                                                                                 (Signature of Party (s))

I consent to being substituted.                                  Daniel A. Crawford
Date: 09/23/2020                                      /s/ Daniel A. Crawford
                                          (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 09/22/2020
                                          (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 10-6-2020

                                          SENIOR UNITED STATES DISTRICT JUDGE

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**