Jeannette Martello
712 Orange Grove Avenue
South Pasadena, CA 91030
drmartello@gmail.com
(626) 993-8501
Relator, *In Pro Se*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORIA

2:17 CV 1468
MCE KJN (PS)

**REQUEST FOR DISMISSAL WITHOUT PREJUDICE**

| | |
|---|---|
| UNITED STATES of AMERICA *ex rel,* Dr. Jeannette Martello<br><br>Plaintiff,<br><br>v.<br><br>KAMALA HARRIS, LUCINDA EHNES, MICHELLE ROUILLARD, ELAINE PANIEWSKI, GARY BALDWIN, EDWARD HEIDIG, DREW BRERETON, ANTHONY MANZANETTI, CAROL VENTURA, KRISTIN DOOR, MARTA GREEN, BRENT BARNHART, CHRISTOPHER LEE, SONIA R. FERNANDES, JAMES WILLIS, TERESA RODRIGUEZ, DEBRA DENTON, HOLLY PEARSON, MICHAEL ROUZER, SANDRA PEREZ, RICK MARTIN, LYNNE RANDOLPH, DENNIS BALMER, DEBBIE MCKINNEY, MICHAEL MCCLELLAND, KYLE MUNSON, ANDREW GEORGE, ROBERT MCKIM BELL, MAUREEN MCKENNAN, MICHAEL CLEARY, TIM LEBAS, CHARLAINE HAMILTON, BARBARA GARRETT, PETER LEE, DESI MALONE, KATIE MARCELLUS, DAVE JONES, TOBY DOUGLAS, DAVID MAXWELL-JOLLY, JULI BAKER, DAVID PANUSH, OSCAR HIDALGO, JANETTE CASILLAS, PATRICIA POWERS, DIANA S. DOOLEY, KIMBERLY BELSHE, ALEX KEMPER-MCCALL, PERRY KUPFERMAN, ALI ZAKERSHAHRAK, MARSHA SEELEY, KIM MORIMOTO, BRUCE HINZE, PAUL FEARER, SUSAN KENNEDY, ROBERT ROSS, GENOVEVA ISLAS, MARTY MORGENSTERN, ART TORRES, CALIFORNIA HEALTH BENEFIT EXCHANGE, and DOES 1-100, inclusive,<br><br>Defendants. | 2:17-cv-01468-MCE-KJN |

2

**REQUEST FOR DISMISSAL WITHOUT PREJUDICE**

Qui Tam Plaintiff-Relator Dr. Jeannette Martello, *In Pro Se,* hereby respectfully requests for a dismissal of this case without prejudice. The United States has elected to decline intervention. (Docket 21). This document was filed on August 6, 2020.

Since the United States has elected to decline intervention, I respectfully request that this case be dismissed without prejudice.

RESPECTFULLY SUBMITTED:

Dated: October 13, 2020

By: *[signature]* Jeannette Martello
Relator, *In Pro Se*

3

**REQUEST FOR DISMISSAL WITHOUT PREJUDICE**

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, live in the County of Los Angeles, State of California, and am not a party to the above-entitled cause. On October 13, 2020, I served a true copy of a REQUEST FOR DISMISSAL WITHOUT PREJUDICE by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following:

> Steven Tennyson, Assistant U.S. Attorney
> Eastern District of California
> Robert Matsui U.S. Courthouse
> 501 I Street, Suite 10-100
> Sacramento, CA 95814

Place of Mailing: Pasadena, California

Executed on October 13, 2020 at Pasadena, California

I hereby certify under the penalty of perjury that the foregoing is true and correct.

*Monique Francis*
Monique Francis, declarant

CERTIFICATE OF SERVICE