McGREGOR W. SCOTT
United States Attorney
STEVEN S. TENNYSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* Dr. Jeannette Martello,<br><br>            Plaintiff/Relator,<br><br>vs.<br><br>KAMALA HARRIS, LUCINDA EHNES, MICHELLE ROUILLARD, ELAINE PANIEWSKI, GARY BALDWIN, EDWARD HEIDIG, DREW BRERETON, ANTHONY MANZANETTI, CAROL VENTURA, KRISTIN DOOR, MARTA GREEN, BRENT BARNHART, CHRISTOPHER LEE, SONIA R. FERNANDES, JAMES WILLIS, TERESA RODRIGUEZ, DEBRA DENTON, HOLLY PEARSON, MICHAEL ROUZER, SANDRA PEREZ, RICK MARTIN, LYNNE RANDOLPH, DENNIS BALMER, DEBBIE MCKINNEY, MICHAEL MCCLELLAND, KYLE MUNSON, ANDREW GEORGE, ROBERT MCKIM BELL, MAUREEN MCKENNAN, MICHAEL CLEARY, TIM LEBAS, CHARLAINE HAMILTON, BARBARA GARRETT, PETER LEE, DESI MALONE, KATIE MARCELLUS, DAVE JONES, TOBY DOUGLAS, DAVID MAXWELL-JOLLY, JULI BAKER, DAVID PANUSH, OSCAR HIDALGO, JANETTE CASILLAS, PATRICIA POWERS, DIANA S. DOOLEY, KIMBERLY BELSHE, ALEX KEMPER-MCCALL, PERRY KUPFERMAN, ALI ZAKERSHAHRAK, MARSHA SEELEY, KIM MORIMOTO, BRUCE HINZE, PAUL FEARER, SUSAN KENNEDY, ROBERT ROSS, GENOVEVA ISLAS, MARTY MORGENSTERN, ART TORRES, CALIFORNIA HEALTH BENEFIT EXCHANGE, and DOES 1-100, inclusive,<br><br>            Defendants, | CASE NO. 2:17-cv-01468-MCE-KJN<br><br>**THE UNITED STATES' RESPONSE TO RELATOR'S REQUEST TO VOLUNTARILY DISMISS COMPLAINT** |

The United States respectfully submits this response to Relator Dr. Jeannette Martello's request to voluntarily dismiss the Complaint. (Dkt. 31).

On July 13, 2017, Martello filed a complaint under the *qui tam* provisions of the False Claims Act. On August 6, 2020, the United States declined to intervene. (Dkt. 10). On August 10, 2020, the Court entered an order unsealing this case, which stated that: "In the event that . . . the relator [should] . . . propose that this action be dismissed . . ., this Court [will] provide the United States with notice and an opportunity to be heard before ruling or granting its approval." (Dkt. 11). On October 14, 2020, Martello moved to voluntarily dismiss the Complaint without prejudice. (Dkt. 31). No defendant has entered an appearance in this case. The United States now submits its response pursuant to the Court's August 10, 2020, Order. (Dkt. 11).

Under Federal Rule of Civil Procedure 41(a), a plaintiff may voluntarily dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." In the context of a *qui tam* action, "the general Rule 41(a) framework is subject to several constraints imposed by the False Claims Act." *United States v. L - 3 Comm. EOTech, Inc.*, 921 F.3d 11, 18 (2d Cir. 2019). As relevant here, "the relator may not voluntarily dismiss such an action without the written consent of the court and the United States Attorney General." *Id.* (citing 31 U.S.C. § 3730(b)(1)).

Here, the United States has declined to intervene. (Dkt. 10). Martello has decided not to litigate these claims. (Dkt. 31). And no defendant has entered an appearance, much less responded to the Complaint. The United States therefore consents to Martello's request and respectfully requests that the Court dismiss this action without prejudice.

Dated: October 21, 2020　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　By:　　*/s/ Steven S. Tennyson*
　　　　　　　　　　　　　　　　　　　　　　　STEVEN S. TENNYSON
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

# CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

That on October 21, 2020, she served a copy of:

THE UNITED STATES' RESPONSE TO RELATOR'S REQUEST
TO VOLUNTARILY DISMISS COMPLAINT

by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and its contents in the United States Mail at Sacramento, California.

**Addressee(s):**

Jeannette Martello
712 Orange Grove Avenue
So. Pasadena, CA 91030

　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Kimberly Siegfried_
　　　　　　　　　　　　　　　　　　　　　　　　KIMBERLY SIEGFRIED